No. 1279. AUTOMATIC RADIO MFG. CO., INC., ET AL. *v.* FORD MOTOR CO. C. A. 1st Cir. Certiorari denied. *Worth Rowley* and *Roger P. Stokey* for petitioners. *Claude R. Branch* for respondent.

No. 1282. BURDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Virgil V. Becker* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 1287. ESSO STANDARD OIL S. A. *v.* THE GASBRAS SUL ET AL. C. A. 2d Cir. Certiorari denied. *Walter P. Hickey* and *Charles N. Fiddler* for petitioner. *Gordon W. Paulsen* for respondents.

No. 1292. BUILDING & CONSTRUCTION TRADES COUNCIL OF NEW ORLEANS, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied. *Louis Sherman* and *Laurence J. Cohen* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent National Labor Relations Board. *Winthrop A. Johns* for International Union of District 50, United Mine Workers of America, as *amicus curiae,* in opposition.

No. 1293. CHERRY ET AL. *v.* POSTMASTER GENERAL ET AL. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1294. D/S A/S SVERRE *v.* TEXPORTS STEVEDORE CO., INC. C. A. 5th Cir. Certiorari denied. *Edward W. Watson* for petitioner. *E. D. Vickery* for respondent.